# United States Court of Appeals
## For the First Circuit

No. 09-1047

UNITED STATES OF AMERICA,

Appellee,

v.

BRUCE GAGNON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 28, 2010 is corrected as follows:

On p.5, l.11, "F3d." should be "F.3d"